UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALLIED BUILDING INSPECTION
SERVICES, INC., a Florida corporation,

    Plaintiff,

v.       Case No. 2:19-cv-726-JLB-MRM

CHRIS SHONE LOVELL, an individual,
ALLIED HOME INSPECTIONS PRO, LLC,
and ALLIED INDOOR ENVIRONMENTAL
CONSULTANTS, INC.,

    Defendants.

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 61.)  The stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on September 10, 2021.

_JOHN L. BADALAMENTI_
UNITED STATES DISTRICT JUDGE